# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Ori Plotnik,<br><br>         Plaintiff,<br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE ("USCIS"); USCIS SAN FRANCISCO ASYLUM OFFICE; EMILIA BARDINI, IN HER CAPACITY AS DIRECTOR OF USCIS SAN FRANCISCO ASYLUM OFFICE,<br><br>Defendants | Case No: **3:23-cv-03072-JCS**<br><br>**ORDER RE: STIPULATION OF DISMISSAL**<br><br><br>Hon. Joseph C. Spero<br>United States District Judge |

Having read and considered the Stipulation of Dismissal submitted by the plaintiff, IT IS HEREBY ORDERED that the instant action shall be  dismissed in its entirety without prejudice.

Dated: October 2, 2023

_____

Hon. Joseph C. Spero

United States ~~District~~ Magistrate Judge